## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

OMAR ASHAKA       *

      *

      *

      v.       *       Civil No. – JFM-15-1729

      *

OCWEN LOAN SERVICES, LLC AND       *

RONALD M. FARIS       *

      ******

### MEMORANDUM

      Plaintiff has brought this *pro se* action against Ronald M. Faris and Ocwen Loan Services, LLC. Defendants have filed a motion to dismiss. Plaintiff has responded to the motion. The motion will be granted for two separate reasons.

      First, plaintiff has alleged absolutely no fact that would support the exercise the assertion of personal jurisdiction over Ronald Faris.

      Second, as to the complaints against Ocwen and Faris, plaintiff's allegations are wholly conclusory and fail to state any claim upon which relief can be granted. The correspondence attached to plaintiff's opposition to defendants' motion to dismiss provided greater detail but it is improper to consider such materials in ruling upon a motion to dismiss. If plaintiff wishes to file another law suit providing more particularized facts supporting his claim, he may do so.

      A separate order incorporating the rulings made in this memorandum is being entered herewith.

Date: 3/15/16

_____

J. Frederick Motz

United States District Judge

1